United States District Court
For the Northern District of California

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

ALDRIN JESUS TREJO,

    Petitioner,

    v.

DERRAL G. ADAMS, Warden,

    Respondent.

No. C 07-5074 PJH (PR)

**ORDER OF TRANSFER**

This is a habeas case filed pro se by a state prisoner. Petitioner seeks to challenge a conviction obtained in the Superior Court in and for Orange County. Orange County is in the venue of the United States District Court for the Central District of California. Petitioner is incarcerated at Corcoran State Prison, which is in the Eastern District.

Venue for a habeas action is proper in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d); this district is neither. Because petitions challenging a conviction are preferably heard in the district of conviction, Habeas L.R. 2254-3(a); *Laue v. Nelson*, 279 F. Supp. 265, 266 (N.D. Cal. 1968), and petitioner was convicted in Orange County, this case is **TRANSFERRED** to the United States District Court for the Central District of California. *See* 28 U.S.C. § 1406(a); Habeas L.R. 2254-3(b).

**IT IS SO ORDERED.**

Dated: October 9, 2007.

PHYLLIS J. HAMILTON
United States District Judge

G:\PRO-SE\PJH\HC.07\trejo074.trn.wpd